AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

2009 AUG 27 P 2:50

| United States of America | ) |
|---|---|
| v. | ) Case No. CCB-09-CR-0461 |
| MORGAN CHINEDU AJONUMA | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **MORGAN CHINEDU AJONUMA**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN

Date: 8/27/09

By: Deputy Clerk

City and state: Baltimore, Maryland

Felicia C. Cannon, Clerk, U.S. District Court
Name and Title of Issuing Officer

### Return

This warrant was received on (date) _January 27 2026_ and the person was arrested on (date) _1-27-26_
at (city and state) _Atlanta GA_
Date: _1/27/26_

Arresting officer's signature

Jeremy [illegible] DTV
Printed name and title

AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant (Page 2)